JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 322 -- In re Helicopter Crash Near Cameron, Louisiana, on April 23, 1976

| Date | No. Code | |
|---|---|---|
| 10/28/77 | | ORDER TO SHOW CAUSE WHY ALL ACTIONS SHOULD NOT BE TRANSFERRED TO A SINGLE DISTRICT -- A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 UNDER 28 U.S.C. §1407 -- Notified judges and counsel. |
| 11/4/77 | | HEARING ORDER -- Setting --A-1 thru A-8 for hearing on Dec. 7, 1977 in San Diego, Calf. |
| 11/7/77 | | APPEARANCES -- Charles E. Lugenbuhl, Esq. for Petroleum Helicopters, Inc. Southeaster Aviation Underwriters, Inc. American Home Assurance Co. James E. Diaz, Esq. for Dolphin International, Inc. A. R. Christovich, Jr., Esq. Bell Helicopter Textron, James T. Guglielmo, Esq. for Gulf Oil Corp. John J. McKeithen, Esq. for Carolyn Ann Coleman Charles W. Dittmer, Esq. for Cleveland Taylor amd Catherine Sue Taylor Robert S. Cooper, Jr., Esq. for Intervenor Plaintiffs Leonard Fuhrer, Esq. for Frieda Nell Korn Poole John D. Hill, Esq. for Jim Ailey |
| 11/7/77 | 1 | RESPONSE -- Poole, et al., w/cert. of svc. |
| 11/7/77 | 2 | RESPONSE -- Coleman w/cert. of svc. |
| 11/7/77 | 3 | RESPONSE -- Schultz, Pearson, Kroll, Jr., Kroll, w/cert. of svc. |
| 11/7/77 | 4 | RESPONSE -- Bell Helicopter Textron w/cert. of svc. |
| 11/8/77 | | APPEARANCE -- Roger C. Sellers, Esq. for ANN L. RIPKOWSKI KROLL, ESQ. |
| 11/8/77 | 5 | RESPONSE -- Anna Ripkowski w/cert. of service |
| 11/9/77 | | ORDER -- Striking cases A-1 Petroleum Helicopters, Inc. v. Bell Helicopter, Inc., et al., E.D.La., C.A.#77-92-Sec.H A-2 Petroleum Helicopters, Inc. v. Bell Helicopter, Inc.,etal., E. D. La., C.A.#77-1195-Sec.F from show cause order filed today. Notified involved counsel, judges. |
| 11/14/77 | | APPEARANCE -- Malcolm Decelle, Jr. for Cathrine Sue Taylor |
| 11/14/77 | 6 | RESPONSE -- Cathrine Sue Taylor w/cert. of service |
| 11/16/77 | | AMENDMENT TO ORDER TO SHOW CAUSE AND HEARING ORDER -- Filed today. Notified counsel and involved judge. ### To add B-1 and B-2. (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Anna L. Ripkowski Kroll, Belinda S. Taylor and Ben Kroll for 12/7/77 hearing in San Diego, Ca. (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Gulf Oil Corp. for hearing held 12/7/77 in San Diego, Ca. (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Bell Helicopter Textron for 12/7/77 hearing in San Diego, Ca. (ea) |
| 12/1/77 | | APPEARANCE -- Hubert Oxford, III, Esq. for Mary E. Barger, et al. |
| 12/2/77 | 7 | RESPONSE TO ORDER TO SHOW CAUSE -- Plaintiffs Mary E. Barger w/cert. of service. (ea) |
| 12/5/77 | 8 | RESPONSE -- DOLPHIN INTERNATIONAL, INC. AND AMERICAN HOME ASSURANCE CO. w/cert of service (rew) |
| 12/5/77 | | APPEARANCE -- James E. Diaz, Esq. for Dolphin Intl and American Home Assurance Co. (rew) |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 2

DOCKET NO. 322 -- IN RE HELICOPTER CRASH NEAR CAMERON, LOUISIANA ON APR. 23, 1976

| Date | No. Code | |
|---|---|---|
| 12/5/77 | | WAIVER OF ORAL ARGUMENT -- Dolphin International, Inc. and American Home Assurance Co. (rew) |
| 12/5/77 | | WAIVER OF ORAL ARGUMENT -- Carolyn Ann Coleman (rew) |
| 12/5/77 | 9 | RESPONSE -- MRS. MAXIE DUNAWAY w/cert. of service (rew) |
| 12/19/77 | | WAIVER OF ORAL ARGUMENT -- Gulf Oil Corporation (ea) |
| 12/19/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Catherine & Cleveland Taylor (cds) |
| 1/30/78 | | OPINION AND ORDER -- Vacating Show Cause Order (cds) |

JPML FORM 1A - Continuation

DOCKET NO. 322 -- IN RE HELICOPTER CRASH NEAR CAMERON, LOUISIANA ON APR. 23, 1976

DOCKET NO. 322 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HELICOPTER CRASH NEAR CAMERON, LOUISIANA ON APRIL 23, 1976

## Summary of Panel Actions

Date(s) of Hearing(s): 12/7/77

Consolidation Ordered: _____   Consolidation Denied: 1/30/78

Opinion and/or Order: 1/30/78

Citation: 443 F. Supp. 1022   Vacated

Transferee District: _____   Transferee Judge: _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Petroleum Helicopters, Inc. v. Bell Helicopter Co., et al. ~~STRICKEN~~ | E.D.LA West | 77-92-Sec. H | | | | 11/9/77 |
| A-2 | Petroleum Helicopters, Inc. v. Bell Helicopter Co., et al. ~~STRICKEN~~ | E.D.LA Mitchell | 77-1199-Sec. F | | | | 11/9/77 |
| A-3 | Carolyn Ann Coleman v. Dolphin International, Inc., et al. | E.D.LA Cassibry | 77-1644-SEC.E | | | | |
| A-4 | Catherine Sue Taylor v. Dolphin International Inc., et al. | E.D.LA Heebe | 77-1834-SEC.B | | | | |
| A-5 | Cleveland Taylor v. Dolphin International, Inc., et al. | E.D.LA Cassibry | 76-2573-Sec.E | | | | |
| A-6 | Anna L. Ripkowski Kroll v. Petroleum Helicopters, Inc., et al. | E.D.LA Cassibry | 77-1645-Sec.E | | | | |
| A-7 | Frieda Nell Korn Poole v. Petroleum Helicopters, Inc., et al. | E.D.LA Cassibry | 77-1646-Sec.E | | | | |
| A-8 | Jim Ailey v. Bell Helicopter International, Inc., et al. | E.D.TEX. Justice | S-77-31-CA | | | | |
| B-1 | Mrs. Maxie Dunaway v. Dolphin International, Inc., et al. | E.D.TEX. Fisher | M-77-31-CA | | | | |
| B-2 | Mary E. Barger v. Petroleum Helicopters, Inc., et al. | E.D.TEX. Fisher | B-77-180-CA | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 322 -- IN RE HELICOPTER CRASH NEAR CAMERON, LOUISIANA ON APRIL 23, 1976

| | |
|---|---|
| BELL HELICOPTER TEXTRON, a division of Textron, Inc.<br>UNITED STATES AVIATION UNDERWRITERS, INC.<br>A. R. Christovich, Jr., Esquire<br>Christovich & Kearney<br>1815 American Bank Bldg.<br>New Orleans, Louisiana 70130<br><br>DOLPHIN INTERNATIONAL, INC.<br>AMERICAN HOME ASSURANCE CO.<br>James E. Diaz, Esq.<br>Onebane, Donohoe, Bernard, Torian, Diaz, McNamara and Abell<br>Post Office Drawer 3507<br>Lafayette, Louisiana 70502<br><br>PETROLEUM HELICOPTERS, INC.<br>SOUTHEASTERN AVIATION UNDERWRITERS, INC.<br>~~AMERICAN HOME ASSURANCE CO.~~<br>Charles E. Lugenbuhl, Esquire<br>Lemle, Kelleher, Kohlmeyer & Matthews<br>1800 First N.B.C. Building<br>New Orleans, Louisiana 70112<br><br>GULF OIL CORPORATION<br>James T. Guglielmo, Esquire<br>Lewis & Lewis<br>P.O. Drawer 393<br>Opelousas, Louisiana 70570<br><br>CAROLYN ANN COLEMAN (A-3)<br>Don C. Burns, Esquire<br>McKeithen, Burns & Lewellyan<br>P.O. Box 648<br>Columbia, Louisiana 71418 | CATHERINE SUE TAYLOR, ET AL. (A-4)<br>CLEVELAND TAYLOR (A-5)<br>Malcolm DeCelle, Jr., Esquire<br>1101 N. Third Street<br>P.O. Box 3026<br>Monroe, LA 71201<br><br>ANNA L. RIPKOWSKI KROLL (A-6)<br>Roger C. Sellers, Esquire<br>Thompson & Sellers<br>P. O. Box 308<br>Abbeville, La. 70510<br><br>MARYLYN KROLL SCHULTZ, HELEN MARIE KROLL PEARSON, CONRAD KROLL, JR., and ARCHIE D. KROLL Intervenor Plaintiffs (A-6)<br>Robert S. Cooper, Jr., Esquire<br>Cooper & Cooper<br>Suite 1835 - One American Place<br>Baton Rouge, Louisiana 70825<br><br>FRIEDA NELL KORN POOLE (A-7)<br>Leonard Fuhrer, Esquire<br>Neblett, Fuhrer & Broussard<br>P.O. Box 1190<br>Alexandria, Louisiana 71301<br><br>JIM AILEY (A-8)<br>John D. Hill, Esquire<br>Brown, Hill, Ellis & Brown<br>Grayson Bank Building<br>Sherman, Texas 75090<br><br>MRS. MAXIE DUNAWAY (B-1)<br>Doyle Curry, Esq.<br>Jones, Jones, & Baldwin<br>P.O. Drawer 1249<br>Marshall, Texas 75670<br><br>MARY E. BARGER, (B-2)<br>Hubert Oxford, III, Esq.<br>Benckenstein, McNicholas, Oxford, Radford & Johnson<br>P.O. Box 150<br>Beaumont, Texas 77704 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 322 --   IN RE HELICOPTER CRASH NEAR CAMERON, LOUISIANA ON 4/23/76

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bell Helicopter Company | A-1, A-2, A-3, A-4, A-5, A-6, A-8 |
| Detroit Diesel Allison | A-1 |
| Chandler Evans Co. | A-1 |
| Bendix Corp. | A-2 |
| National Standard | A-2 |
| E. I. duPont deNemours and Company, Inc. | A-2 |
| Dolphin International, Inc. | A-3, A-4, A-5, A-6, A-7 |
| American Home Assurance Co. | A-4, A-7 |
| Petroleum Helicopters, Inc. | A-3, A-4, A-5, A-6, A-7, A-8 |
| Southeastern Aviation Underwriters, Inc. | A-4, A-7 |
| Textron, Inc. | A-4, A-7, A-8 |

p. 2

| | |
|---|---|
| United States Aviation Underwriters, Inc. | A-4, A-7 |
| Gulf Oil Corporation | A-6 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |